UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------x
CLARENCE McCARY, THOMAS FLOWERS,    :    13 Civ. 5508
and SCOTT FLEMING,                  :
                                    :
Individually and on Behalf of All Others :
Similarly Situated,                 :
                                    :
                    Plaintiffs,     :
                                    :
        - against -                 :    **CONSENT TO JOIN**
                                    :    **COLLECTIVE ACTION**
MASPETH SUPPLY CO. LLC,             :
                                    :
                    Defendant.      :
------------------------------x

To:     Clerk of the Court
        Eastern District of New York
        225 Cadman Plaza East
        Brooklyn, New York 11201

    I was employed by Maspeth Supply Co. LLC on or after September 9, 2010. I understand this suit is being brought under the federal Fair Labor Standards Act for unpaid overtime premium pay. I consent to become a party plaintiff to this lawsuit, to be represented by Levy Davis & Maher, LLP (retainer agreement on file at 39 Broadway, Suite 1620, New York, New York 10006) and to be bound by any settlement of this action or adjudication of the Court.

    I declare under penalty of perjury that the foregoing is true and correct.

_____          _____8/28/13_____
Signature                              Date

_____Thomas Flowers_____
Printed Name